■ In the Matter of MICHAEL McDEVITT, Respondent, v MARYANN SALAMONE, Appellant. [666 NYS2d 459] —In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Suffolk County (Friedenberg, J.H.O.), entered February 22, 1995, which, after a hearing, granted the application of the petitioner father to transfer custody of the parties' child from her to the father.

Ordered that the order is affirmed, without costs or disbursements.

The court weighed the appropriate factors and, thereupon, properly transferred custody of the child to the petitioner father. The record clearly supports the court's conclusion that a transfer of custody to the father was in the child's best interests (*see, Eschbach v Eschbach,* 56 NY2d 167).

The appellant's remaining contention is without merit (*see, People v Lewis,* 69 NY2d 321, 325). Mangano, P. J., Santucci, Joy and Lerner, JJ., concur.

■ In the Matter of METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Respondent, v DOMINIC MANCUSO, Appellant. [666 NYS2d 460] —In a proceeding pursuant to CPLR article 75 to permanently stay arbitration of an underinsured motorist claim, Dominic Mancuso appeals from an order of the Supreme Court, Rockland County (Sherwood, J.), dated November 12, 1996, which granted the petition and denied, as academic, his cross motion, *inter alia,* to direct the petitioner to settle the action entitled *Mancuso v Charbonneau,* Index No. 1134/95, pending in the Supreme Court, Rockland County.

Ordered that the order is affirmed, with costs.

The Supreme Court correctly determined that Dominic Mancuso's claim for underinsured motorist benefits coverage was untimely (*see, Schiebel v Nationwide Mut. Ins. Co.,* 166 AD2d 520; *Matter of Merchants Mut. Ins. Co. v Hurban,* 160 AD2d 873; *cf., Matter of Nationwide Mut. Ins. Co. v Edgerson,* 195 AD2d 560). Accordingly, the court properly granted the petition and denied the cross motion as academic. Bracken, J. P., Thompson, Krausman and Luciano, JJ., concur.